# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2017 JUL 21 P 1:37

STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Jason Parker

v.

Case Number: **17-C-1010**

(to be supplied by Clerk of Court)

(Full name of defendant(s))

Kenosha County Sheriff's Department

C.O. Gillett

A. **PARTIES**

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)
   
   __Kenosha County Jail Pre Trial Facility 1000 55th St. Kenosha, Wisconsin 53140__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __C.O. Gillett, Kenosha County Sheriff's Department__
                                                              (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____
                                                              (State, if known)
and (if a person) resides at _____
                                                              (Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for <u>Kenosha County Sheriff's Department 1000 55th Street Kenosha, Wisc. 53140</u>
                                                              (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

PLAINTIFF JASON PARKER IS AN INMATE AT KENOSHA COUNTY JAIL PRE-TRIAL FACILITY IN KENOSHA WISCONSIN, ON JULY.04, 2017 AT APPROX 3:45 AM IN X-BLOCK, CELL X13. THE DEFENDANT C/O GILLETT GAVE THE PLAINTIFF HIS GRIEVANCES HE ASKED FOR, ALONG WITH AN 9X12 WHITE ENVELOPE FROM THE OFFICE OF THE CLERK UNITED STATES DISTRICT COURT, COMPLETELY OPENED. DEFENDANT C/O GILLETT TRIED TO HURRY UP AND CLOSE THE PLAINTIFF'S CHUCK, BUT THE PLAINTIFF ASKED HIM TO OPEN IT BACK UP AND HELD THE ENVELOPE UP TO THE CAMERA TO SHOW THAT HIS FEDERAL MAIL HAD BEEN OPENED. THE PLAINTIFF ASKED THE DEFENDANT C/O GILLETT DID HE WITNESS THAT THE PLAINTIFF'S MAIL

WAS ALREADY OPENED BEFORE IT GOT TO HIM. THE DEFENDANT SAID "YES" "BUT, I DIDN'T OPEN IT." PLAINTIFF SEEKS MONETARY DAMAGES FROM THE KENOSHA COUNTY SHERIFF'S DEPARTMENT AND C/O GILLETT FOR VIOLATING HIS CONSTITUTIONALLY PROTECTED RIGHTS.

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

WHAT I WOULD LIKE THE COURT TO DO IF I WIN MY LAWSUIT IS TO AWARD ME PUNITIVE DAMAGES IN THE AMOUNT OF $5 MILLION DOLLARS.

Complaint – 4

E.  JURY DEMAND

    I want a jury to hear my case.

    ☑ - YES        ☐ - NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __18TH__ day of __July__ 20__17__.

    Respectfully Submitted,

    *Jason Parker*
    Signature of Plaintiff

    __196__
    Plaintiff's Prisoner ID Number

(CURRENTLY) KENOSHA COUNTY JAIL PRE TRIAL FACILITY 1000 55TH STREET 53140

(HOME) 6411 39TH AVE KENOSHA, WISCONSIN 53142
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☑   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 2:17-cv-01010-LA   Filed 07/21/17   Page 5 of 5   Document 1